United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas A. Buonanno
Maria V. Wilches
    Debtors

Case No. 19-13756-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 25, 2019
                    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.
db/jdb       +Thomas A. Buonanno,    Maria V. Wilches,    52 Bishop Dr.,    Aston, PA 19014-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2019 at the address(es) listed below:
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
         CORY P. STEPHENSON    on behalf of Debtor Thomas A. Buonanno cstephenson@bk-legal.com
         CORY P. STEPHENSON    on behalf of Joint Debtor Maria V. Wilches cstephenson@bk-legal.com
         HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
           hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
         THOMAS DANIEL BIELLI    on behalf of Joint Debtor Maria V. Wilches tbielli@bk-legal.com,
           kseligman@bk-legal.com
         THOMAS DANIEL BIELLI    on behalf of Debtor Thomas A. Buonanno tbielli@bk-legal.com,
           kseligman@bk-legal.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                   TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 7

Thomas A. Buonanno and Maria V. Wilches                                : Case No. 19−13756−elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 25th, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                By The Court

                                                Eric L. Frank
                                                Judge , United States Bankruptcy Court

20
Form 195